Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
BERNICE SIMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE SIMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  1:22-CV-00211 (EPG)<br><br>STIPULATION EXTENDING BRIEFING SCHEDULE (SOCIAL SECURITY DISABILITY APPEAL); ORDER<br><br>(ECF No. 12) |

　　　　Pursuant to the Scheduling Order in the above-referenced matter which allows for a request for modification of the briefing schedule by written stipulation (Doc. 5, p. 3:10-11), IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that Plaintiff be granted an extension of sixty (60) days to serve and file her Opening Brief, currently due on August 15, 2022.  Plaintiff's counsel requests the extension to effectively advocate for Plaintiff, as current briefing deadlines have resulted in counsel having multiple briefs due on the same day, and for the rescheduled date to accommodate counsel's planned vacation. The new date for Plaintiff's Opening Brief shall be on or before October 14, 2022. All corresponding briefing deadlines are to be modified accordingly.

1

| | | |
|---|---|---|
| | | Respectfully submitted, |
| Dated: August 8, 2022 | | NEWEL LAW |
| | By: | *Melissa Newel* |
| | | Melissa Newel |
| | | Attorney for Plaintiff |
| | | BERNICE SIMS |
| | | |
| Dated: August 8, 2022 | | PHILLIP A. TALBERT |
| | | United States Attorney |
| | | PETER K. THOMPSON |
| | | Acting Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| | By: | *Margaret Lehrkind |
| | | MARGARET LEHRKIND |
| | | (*Authorized by email dated 8/8/2022*) |
| | | Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |

**ORDER**

Based on the above stipulation (ECF No. 12), IT IS ORDERED that Plaintiff shall file Plaintiff's motion for summary judgment no later than October 14, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:  **August 9, 2022**                  /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE