Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
BERNICE SIMS

PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARGARET LEHRKIND
Special Assistant U.S. Attorney
160 Spear Street, Suite 800
San Francisco, CA   94105
(510) 970-4829
margaret.lehrkind@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNICE SIMS,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | No.  1:22-cv-00211 (EPG)<br><br>STIPULATION OF DISMISSAL AND ORDER<br><br>(ECF No. 14) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) which provides that a plaintiff may dismiss an action without court order by filing "a stipulation of dismissal signed by all

1

parties who have appeared," IT IS HEREBY STIPULATED BY ALL PARTIES, through their undersigned attorneys, and with the approval of the Court, that Plaintiff voluntarily dismiss, with prejudice, the above-referenced action. Each party agrees to bear their own attorney fees, costs, and expenses associated with the action.

Respectfully submitted,

Dated: October 13, 2022    NEWEL LAW

By:   *Melissa Newel*
      Melissa Newel
      Attorney for Plaintiff
      BERNICE SIMS

Dated: October 13, 2022    PHILLIP A. TALBERT
                           United States Attorney
                           PETER K. THOMPSON
                           Acting Regional Chief Counsel, Region IX
                           Social Security Administration

By:   *Margaret Lehrkind*
      MARGARET LEHRKIND
      Special Assistant U.S. Attorney
      Attorneys for Defendant

## **ORDER**

Based upon the stipulation (ECF No. 14) of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear its own attorney fees, costs, and expenses associated with the action. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated: **October 17, 2022**                    /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE